**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**CRYSTAL A. BRIDGES**                                          **PLAINTIFF**


**VS.**                                    **CIVIL ACTION NO. 3:10-CV-510 HTW-LRA**


**THE LYND COMPANY, W. HEATH HAWK,**                   **DEFENDANTS**
**ALFRED COWLEY, ASCEND CARE**
**CORPORATION, DOUGLAS DARBUT, AND**
**U.S. BANK TRUST, NATIONAL ASSOCIATION**


### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

CAME ON FOR CONSIDERATION, the parties' joint motion, *ore tenus*, for dismissal with

prejudice of the above styled and numbered cause in its entirety, and the Court, finding said motion

well taken, rules as follows:

IT IS**,** THEREFORE**,** ORDERED AND ADJUDGED that the above styled and numbered

cause is dismissed in its entirety, with prejudice, and with each party to bear its own costs.

SO ORDERED, this the 13th day of May, 2011.

                                   s/ HENRY T. WINGATE
                                   UNITED STATES DISTRICT JUDGE

PD.4948842.1

AGREED TO:

| | |
|---|---|
| s/ *William L. Waller, Sr.* | s/ *Marc E. Brand* |
| William L. Waller, Sr., Esq. | Marc E. Brand, Esq. |
| Attorney for Plaintiff Crystal A. Bridges | Attorney for Defendants Alfred Crowley and Ascend Care Corporation |
| | |
| s/ *Meade W. Mitchell* | s/ *Henry E. chatham, Jr.* |
| Meade W. Mitchell, Esq. | Henry E. Chatham, Jr., Esq. |
| John A. Crawford, Jr., Esq. | Attorney for Defendants U.S. Bank, National |
| Attorneys for Defendant The Lynd Company | Association f/k/a U.S. Bank Trust, National |

s/ *Steven R. Cupp*
Steven R. Cupp, Esq.
Attorney for Defendant
W. Heath Hawk

CIVIL ACTION NO. 3:10-CV-510 HTW-LRA

Agreed Judgment of Dismissal with Prejudice

PD.4948842.1